# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH & VOLUCK, LLP**
BY   RICHARD J. PERR, ESQUIRE
     MONICA M. LITTMAN, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kdvlaw.com; mlittman@kdvlaw.com
Attorneys for Defendant The Credit Pros International Corporation

_____
| | |
|---|---|
| DYLAN HANCOCK, individually and on behalf of all others similarly situated, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 2:20-cv-02826-SRC-CLW |
| : | |
| THE CREDIT PROS INTERNATIONAL CORPORATION, a New Jersey Corporation, : | |
| : | |
| Defendant. : | |

_____

_____
| | |
|---|---|
| MICHAEL HONIBALL, individually and on behalf of all others similarly situated, : | CIVIL ACTION |
| Plaintiff : | |
| : | |
| v. : | NO. 2:21-cv-10366-JXN-ESK |
| : | |
| THE CREDIT PROS INTERNATIONAL CORPORATION, a New Jersey Corporation, : | |
| : | |
| Defendant. : | |

_____

**DEFENDANT THE CREDIT PROS INTERNATIONAL CORPORATION'S MOTION FOR CONSOLIDATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a), OR IN THE ALTERNATIVE OBJECTION TO THE JUDGE ASSIGNMENT OF THE *HONIBALL* CASE PURSUANT TO LOCAL CIVIL RULE 40.1(d), OR IN THE ALTERNATIVE MOTION TO STAY THE *HONIBALL* CASE PURSUANT TO THE FIRST-FILED RULE**

**PLEASE TAKE NOTICE** that on October 4, 2021, Defendant The Credit Pros International Corporation ("Defendant"), by and through its undersigned counsel, shall move this Court for an Order pursuant to Federal Rule of Civil Procedure 42(a) consolidating *Dylan Hancock, individually and on behalf of all others similarly situated v. The Credit Pros International Corporation, a New Jersey Corporation* (No. 2:20-cv-02826-SRC-CLW) with *Michael Honiball, individually and on behalf of all others similarly situated v. The Credit Pros International Corporation, a New Jersey Corporation* (No. 2:21-cv-10366-JXN-ESK) (referred to as the ("*Honiball* Case").

In the alternative, Defendant respectfully submits its Objection to Chief Judge Freda L. Wolfson pursuant to Local Civil Rule 40.1(d) regarding the assignment of the *Honiball* Case.

In the alternative, Defendant respectfully moves to stay the *Honiball* Case pursuant to the First-Filed Rule.

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely on the Memorandum of Law submitted in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that proposed Orders are submitted herewith.

                Respectfully submitted:

                **KAUFMAN DOLOWICH & VOLUCK, LLP**

        BY:   /s/ Monica M. Littman
                RICHARD J. PERR, ESQUIRE
                MONICA M. LITTMAN, ESQUIRE
                Four Penn Center
                1600 John F. Kennedy Blvd., Suite 1030
                Philadelphia, PA 19103
                (215) 501-7024 (phone)
                (215) 405-2973 (fax)
                rperr@kdvlaw.com; mlittman@kdvlaw.com
                Attorneys for Defendant The Credit Pros
                International Corporation

Dated: September 7, 2021

## **CERTIFICATE OF SERVICE**

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that a true and correct copy of the foregoing was served via CM/ECF upon the following:

Stefan Louis Coleman, Esq.
1072 Madison Avenue, Suite 1
Lakewood, NJ 08701
law@stefancoleman.com

Avi R. Kaufman, Esq.
Kaufman P.A.
400 Northwest 26th Street
Miami, FL 33127
kaufman@kaufmanpa.com

Attorneys for Plaintiffs

Joshua Deal, Esq.
Greenspoon Marder LLP
590 Madison Avenue, Suite 1800
New York, NY 10022
joshua.deal@gmlaw.com

Jamey R. Campellone, Esq.
Beth-Ann Krimsky, Esq.
Greenspoon Marder LLP
200 East Broward Boulevard, Suite 1800
Ft. Lauderdale, FL 33301
jamey.campellone@gmlaw.com
beth-ann.krimsky@gmlaw.com

Co-Counsel for Defendant The Credit Pros International Corporation

Dated:  September 7, 2021

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

4819-0583-1416, v. 1