# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL HONIBALL**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE CREDIT PROS INTERNATIONAL CORPORATION**, a New Jersey corporation,<br><br>*Defendant.* | No. 2:21-cv-10366-JXN-ESK |

## STIPULATION OF DISMISSAL

Plaintiff Michael Honiball and Defendant The Credit Pros International Corp. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So stipulated.

Respectfully Submitted,

Dated: April 4, 2022

/s/ Stefan Coleman
Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
1072 Madison Ave, Suite 1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman

1

kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*

/s/ Joshua Deal
JOSHUA DEAL
NJ Bar No. 161572015
GREENSPOON MARDER LLP
590 Madison Avenue, Suite 1800
New York, NY 10022
(212) 524-5075
joshua.deal@gmlaw.com

JAMEY R. CAMPELLONE*
Fla. Bar No. 119861
BETH-ANN E. KRIMSKY*
Fla. Bar No. 968412
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027
jamey.campellone@gmlaw.com
beth-ann.krimsky@gmlaw.com
*Admitted *Pro Hac Vice*

*Attorneys for Defendant*

So Ordered on 4/5/2022:

JULIAN XAVIER NEALS
United States District Judge

## CERTIFICATE OF SERVICE

I, hereby certify that on April 4, 2022, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

/s/ Stefan Coleman

2